IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:09CR3015 |
| ) | |
| JOHUN ANDERSON, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Stay Sentencing, filing 51. The Court, being fully advised in the premises, and noting the Government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that defendant's sentencing now set for July 16, 2009, shall be stayed. A status conference with counsel will be held on September 23, 2009, at 12:30 p.m., in Judge Kopf's chambers.

Dated July 2, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge