IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:09CR3015 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOHUN L. ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Anderson's sentencing is scheduled on Friday, November 13, 2009, at 11:00 a.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

    September 24, 2009.        BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge